No. 02–8434. AGUILAR GUTIERREZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–8438. HAZEL v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 02–8443. GRIGGS v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 02–8447. JENKINS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–8450. WILLIAMS v. CHICK-FIL-A. C. A. 11th Cir. Certiorari denied.

No. 02–8452. DiFRISCO v. NEW JERSEY. Sup. Ct. N. J. Certiorari denied.

No. 02–8455. DAVIDSON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–8458. PADILLA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–8459. MENA-JARAMILLO, AKA LEAL-LARIOS, AKA ARERE-LIANO, AKA MENA v. UNITED STATES; ESCOBAR-ESPINOZA v. UNITED STATES; MIRANDA-AVALOS v. UNITED STATES; RUIZ-TORRES, AKA PICHARDO BARRERA v. UNITED STATES; TRUJILLO-HERNANDEZ v. UNITED STATES; and TRUJILLO-MORENO, AKA LARA-VASQUEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–8463. DEVALLE v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–8464. PULLEY v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 02–8466. HOOPINGARNER v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–8468. HOWARD v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–8469. HODGE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.